**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

August 21, 2018

U.S. Probation Office
222 W. Washington Avenue, Suite 340
Madison, WI 53703

Re: *United States of America v. Thomas A. Caldwell*
Case No: 18-CR-114-jdp

Dear U.S. Probation Office:

Enclosed please find USB drive, No. 051, containing the discovery in this case. As noted on the device, this USB drive is the property of the U.S. Attorney's Office. At your earliest convenience, please transfer the discovery from the USB drive to your computer or other storage media and return the USB drive to the U.S. Attorney's Office, attention Shari Heiser. The USB drive is password protected. My colleague, Shari Heiser, will email the password for the enclosed USB drive to Mr. Chris Niemcek, Administrative Assistant. You will find a log of the discovery provided on the USB drive. The discovery log is labeled *20180816 Caldwell Discovery Log.xlsx*.

The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to future discovery requests beyond the scope of its obligations.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

SCOTT C. BLADER
United States Attorney

By: ______________________________
TIMOTHY M. O'SHEA
Assistant United States Attorney

Enclosure